*Doub, Paul A. Sweeney* and *Donald B. MacGuineas* for respondents.

No. 422. OFFICE EMPLOYES INTERNATIONAL UNION, LOCAL No. 11, AFL-CIO, *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Joseph E. Finley* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Fannie M. Boyls* for respondent.

No. 81, Misc. CARROLL ET AL. *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted limited to question I presented by the petition for the writ which reads as follows:

"I. Does the United States of America have the right to appeal from an order of the United States District Court for the District of Columbia suppressing evidence in a criminal case where the motion to suppress and the order are filed and entered after the indictment and prior to trial?"

*Curtis P. Mitchell* and *Henry Lincoln Johnson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 403. RABANG *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *John Caughlan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.